UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re

    Frederick V. McMenimen, III            Chapter 7
        Debtor                                  Case No: 12-10713-JMD

    William K. Harrington, United States Trustee
        Plaintiff

    v.                                                         Adv. Proc. 12-

    Frederick V. McMenimen, III
        Defendant
_____
    Mark P. Cornell, Chapter 7 Trustee
        Interested Party

**AFFIDAVIT OF COUNSEL REGARDING ADVERSARY FILING FEE**

I, Geraldine Karonis, hereby depose and state under oath as follows:

1. I am the Assistant U.S. Trustee for the Office of the United States Trustee for the District of New Hampshire. On behalf of the Office of United States Trustee for the District of New Hampshire, I caused to be filed on November 29, 2012, an Adversary Proceeding seeking to deny the Debtor's discharge under 11 U.S.C. §727.

2. On information and belief, when the United States is the Plaintiff in an action brought under 11 U.S.C. §727, no filing fee is due. See Appendix to 28 U.S.C. §1930, Bankruptcy Court Miscellaneous Fee Schedule.

Signed under the pains and penalties of perjury this 29th day of November, 2012.

                                          /s/ Geraldine Karonis
                                          Geraldine Karonis BNH 01853
                                          Assistant U.S. Trustee
                                          Office of the United States Trustee
                                          1000 Elm Street, Suite 605
                                          Manchester, NH 03101
                                          (603) 666-7908
                                          Email: Geraldine.L.Karonis@usdoj.gov